

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00334-CR

| | | |
|---|---|---|
| DUSTIN WADE HESTAND AKA DUSTIN W. HESTAND, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13595) |
| V. | § | February 27, 2020 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT ON REMAND

On remand from the court of criminal appeals, this court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
　　Justice Lee Gabriel